**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Alpha Media Group, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Alpha Flight Guru**<br>**DBA  Flight Guru**<br>**DBA  Booking Vault** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-3751643** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |

**8 The Green, Suite A**
**Dover, DE 19901**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Kent**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **alphaflightguru.com; flightguru.com; bookingvault.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Alpha Media Group, Inc.**                                    Case number (*if known*) _____
         Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   <u>5615</u>

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor    **Alpha Media Group, Inc.**

Name    Case number (*if known*) _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|--------|-----------------|--------------|-----------------|
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|--------|---------------|------------------|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|----------------|-----------------------------|------------------------------|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|----------------|-----------------------------|------------------------------|

---

Debtor    **Alpha Media Group, Inc.**    Case number (*if known*) _____
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Alpha Media Group, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2023**
MM / DD / YYYY

*X* **/s/ Yevgeniy Khizver**                    **Yevgeniy Khizver**
Signature of authorized representative of debtor        Printed name

Title    **Director**

**18. Signature of attorney**

*X* **/s/ Christopher A. Ward**                    Date **June 30, 2023**
Signature of attorney for debtor                    MM / DD / YYYY

**Christopher A. Ward**
Printed name

**Polsinelli PC**
Firm name

**222 Delaware Avenue**
**Suite 1101**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 252-0920**        Email address    **cward@polsinelli.com**

**3877 DE**
Bar number and State

## UNANIMOUS WRITTEN CONSENT OF THE
## BOARD OF DIRECTORS OF ALPHA MEDIA GROUP, INC.

### June 30, 2023

The undersigned, being all of the directors (the "**Board**") of Alpha Media Group, Inc., a corporation organized and existing under the laws of the State of Delaware (the "**Corporation**") hereby consents to, approves and adopts the following actions and resolutions (the "**Consent**") in lieu of a meeting of the Board, to be effective as of the date first listed above.

### NOW, THEREFORE, IT IS

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest, that the Corporation shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief for the Corporation (the "**Bankruptcy Case**") under the provisions of chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**") in a court of proper jurisdiction (the "**Bankruptcy Court**"); and it is further

**RESOLVED**, that directors Benjamin Nayberg  and Yevgeniy Khizver (collectively, the "**Authorized Officers**" and each, an "**Authorized Officer**"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Corporation, the petition, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business; and it is further

**RESOLVED**, that Polsinelli PC ("**Polsinelli**") is authorized to serve as restructuring counsel to work with the Authorized Officers to effectuate the filing of all documents necessary to seek protection under chapter 7 of the Bankruptcy Code and that any amounts remaining under Polsinelli's retainer shall be used to prepare for and prosecute the chapter 7 bankruptcy and shall be deemed earned upon receipt as of the date of the preparation of the chapter 7 bankruptcy; and it is further

**RESOLVED**, that the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and they hereby are, authorized, empowered, and directed to certify the authenticity of these resolutions; and it is further

**RESOLVED,** that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to advancement payment of filing fees, in the case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that all directors of the Corporation have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Corporation, or hereby waive any right to have received such notice; and it is further

**RESOLVED,** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board; and it is further

**RESOLVED,** that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Corporation with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, director or managing director of the Corporation, as such Authorized Officer shall deem necessary or desirable in such Authorized Officers' reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein; and it is further

**RESOLVED**, that the undersigned hereby waives acting at a meeting in accordance with Article III, section 4 of the Corporation's By-Laws.

An electronic copy of the Authorized Officer's signature to this Consent shall be deemed (and shall have the same force and effect of) an original of the Authorized Officer's signature for all purposes hereunder.

*[Signature page follows]*

This action by written consent of the Board of Directors of Alpha Media Group, Inc. is being signed and is effective of the date first written above.

**BOARD OF DIRECTORS**

DocuSigned by:

**BENJAMIN NAYBERG**

Benjamin Nayberg

DocuSigned by:

*Yevgeniy Khizver*

Yevgeniy Khizver

3

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re  **Alpha Media Group, Inc.**

Debtor(s)

Case No.

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................... $ _____ **30,000.00**

Prior to the filing of this statement I have received ............................... $ _____ **30,000.00**

Balance Due ............................................................................................. $ _____ **0.00**

2.  The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 30, 2023**

*Date*

**/s/ Christopher A. Ward**

**Christopher A. Ward**
*Signature of Attorney*
**Polsinelli PC**
**222 Delaware Avenue**
**Suite 1101**
**Wilmington, DE 19801**
**(302) 252-0920   Fax: (302) 252-0921**
**cward@polsinelli.com**
*Name of law firm*

# United States Bankruptcy Court
### District of Delaware

In re  **Alpha Media Group, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Alpha Media Group, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Brickell Avenue Media Inc.**
**2136 NE 123rd Street**
**Miami, FL 33181**

**GKI Holdings Inc.**
**2136 NE 123rd Street**
**Miami, FL 33181**

**VDM Group, Inc.**

☐ None [*Check if applicable*]

**June 30, 2023**

Date

/s/ **Christopher A. Ward**

**Christopher A. Ward**

Signature of Attorney or Litigant
Counsel for   **Alpha Media Group, Inc.**

**Polsinelli PC**

**222 Delaware Avenue**
**Suite 1101**
**Wilmington, DE 19801**
**(302) 252-0920 Fax:(302) 252-0921**
**cward@polsinelli.com**

# United States Bankruptcy Court
## District of Delaware

In re   **Alpha Media Group, Inc.**
                                                          Debtor(s)

Case No.
Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 30, 2023**

**/s/ Yevgeniy Khizver**
**Yevgeniy Khizver**/Director
Signer/Title

AB Business Solutions
7211 Haven Ave. #E 283
Rancho Cucamonga, CA 91701

Access Vg LLC
84119 PO Box 27563,
Salt Lake City, UT 84127

Act-On Software, Inc.
121 SW Morrison St. Suite 1600,
Portland, OR 97204

Addshoppers Inc
222 S Church St Ste 203,
Charlotte, NC 28202

ADM Flooring, Inc
3340 Leonis Blvd, Ste b
Vernon, CA 90058

Adobe, Inc
345 Park Ave,
San Jose, CA 95110

ADT Security
1501 Yamato Rd
Boca Raton, FL 33431

Aegean Airlines
31 Viltanioti St. 14 Kifissia
Athens, Greece 14564

Aerolineas Argentina
San Martín 298, B8000 Bahía Blanca,
Provincia de Buenos Aires, Argentina

Aeromexico Airlines
2800 Terminal Rd N,
Houston, TX 77032

Aeroplane Pilot Inc. Mark Bredl
2216 W 28th St,
Los Angeles, CA 90018

Air Algérie
C rind Road,
Ezdan Building 78, Area 27, Street 230 P.O. Box 7377,
Doha, Qatar

Air Asia

174A, Peninsula Centre, 67 Mody Road, East Tsim Sha Tsui,
Kowloon, Hong Kong

Air Canada
2800 S Terminal Rd,
Houston, TX 77032

Air France
125 West 55th Street Floor 2
New York, NY 10019-5384

Air New Zealand
185 Fanshawe Street, Auckland CBD
Auckland 1010, New Zealand

Airline Nairobi Ken
P.O. Box 19002 – 00501,
Nairobi, Kenya

Airlines Report Dynamics
3000 Wilson Boulevard, Suite 300
Arlington, VA 22201

AK Consult
MGI Auckland Limited, Level 2,
Fidelity House, 81 Carlton Gore Road,
Newmarket, Auckland 1023

Alaska Airlines
19300 International Blvd
Seatac, WA 98188

Alex Rozentul
Unable to find address from Debtor's records

Alexs Dry Cleaning
628 Lindaro St,
San Rafael, CA 94901

Alhambra
Unable to find address from Debtor's records

Aliaksandr Valadzionak
Unable to find address from Debtor's records

Aliaksei Bazhyn
Unable to find address from Debtor's records

Alitalia
9841 Airport Blvd,

Los Angeles, CA 90045 CA 90045

All Nippon Airways
1-5-2 Higashi Shimbashi, Tokyo,
Tokyo, Japan 105-7140,

Alpha Flight Guru Inc
33 New Montgomery St Ste 400,
San Francisco, CA 94105

Alto Tiburon Veterinary Hospital
25 N Knoll Rd
Mill Valley, CA 94941

Amazon Web Services
410 Terry Ave N
Seattle, WA 98109-5210

Amazon.com
410 Terry Ave N
Seattle, WA 98109-5210

American Airlines
4333 Amon Carter Blvd.
Fort Worth, TX 76155

Amex CC
200 Vesey Street,
New York, NY 10285

Amtrust North America
55 Capitol Ave,
Hartford, CT 06106

Andy's Local Market
75 Loch Lomond Dr
San Rafael, CA 94901

Angler Restaurant
215 E Main St
Searsport, ME 04974

Anthony Pescetti
Unable to find address from Debtor's records

APIntego
1601 Trapelo Rd # 280,
Waltham, MA 02451

Apple, Inc

One Apple Park Way,
Cupertino, CA 95014

Artur Yermalinski
Unable to find address from Debtor's records

Aryyve Inc
30 N Gould St Suite R
Sheridan, WY 82801

Asiana Airlines
San Francisco International Airport,
174, I-4-032 Courtyard A,
San Francisco, CA 94128

Associated Foreign Exchange, INC
1045 Califa Street,
Woodland Hills, CA 91367

Athleta
2100 S McDowell Blvd,
Petaluma, CA 94954

Atlassian
350 Bush St FL 13
San Francisco, CA 94104-2879

Authorize.net
808 E 930 S,
American Fork, UT 84003

Avinode
317 SW Alder St. Suite 400.
Portland, OR 97204

Avoxi
00 Galleria Pkwy SE 1040
Atlanta, GA 30339

Awin Inc.
Berlin Landsberger Allee 104 BC 10249
Berlin, Germany

Axure Software
1295 Morena Blvd.
San Diego, CA

Azmul Hossain
Unable to find address from Debtor's records

Bank Of America
100 North Tryon Street,
Charlotte, NC 28255

Benefit Hub
30 Park Ave,
New York, NY 10016

Blue Shield of California
Unable to find address from Debtor's records

Booking Vault
33 New Montgomery St Suite 400
San Francisco, California 94105

Boris Rozinov
Unable to find address from Debtor's records

Brian Wallace
Unable to find address from Debtor's records

Brickell Avenue Media
2136 Ne 123rd St,
North Miami, FL 33181-2902

British Airways
11 West 42nd Street 24th
Floor New York, NY

Broad Street Plaza
Unable to find address from Debtor's records

Bruce Hall
Unable to find address from Debtor's records

BSC Culinary Resource
1665 Mission St,
San Francisco, CA 94103

BUGSNAG.COM
450 Artisan Way,
Somerville, MA 02145

Cadence Travel Inc.
7701 Herschel Ave
La Jolla, CA 92037

California DMV
4700 Broadway,
Sacramento, CA 95820

Cambridge Mercantile Corp
375 Huron Ave,
Cambridge, MA 02138 02138

Canadian Air
7373 Cte Vertu, Boulevard West,
Saint-Laurent, Quebec

Capital One
1680 Capital One Drive
McLean, VA

CBC Bank
1300 Clay Street, Suite 500.
Oakland, CA 94612-1427

CFP 33 New LLC
One Financial Plaza
Hartford, CT 06103

Chase Bank
270 Park Avenue,
New York, NY

Chip Lupascu
Unable to find address from Debtor's records

Christian Davidock
Unable to find address from Debtor's records

Christopher R Miller
Unable to find address from Debtor's records

Citibank CC
399 Park Avenue.
New York, NY 10043

Comcast
3055 Comcast Pl,
Livermore, CA

Comm 823751643
Unable to find address from Debtor's records

Comm+Kathy
Unable to find address from Debtor's records

Concierge Travel Services, Inc.
15577 Montreal St

San Leandro, CA 94579

Corestream
Unable to find address from Debtor's records

Corp Tax
Unable to find address from Debtor's records

Corte Madera
Unable to find address from Debtor's records

Dave Rosenblum
Unable to find address from Debtor's records

David and Kay Plant
Unable to find address from Debtor's records

David Garbarskiy
Unable to find address from Debtor's records

Delta Air
1030 Delta Blvd,
Hapeville, GA

Dennis Myasnyankin
Unable to find address from Debtor's records

Departure Lounge LLC
701 S Capital of Texas Hwy, Ste d420
West Lake Hills, TX 78746

Digital Ocean
101 Avenue of the Americas
New York, NY 10013

Dzianis Kuzmianchuk
Unable to find address from Debtor's records

E fax.com
700 S. Flower St., 15th Floor
Los Angeles, CA 90017

eGlobalfares LLC
1249 Racebrook Rd
Woodbridge, CT 06525

Elizabeth Hayes
Unable to find address from Debtor's records

equifax Inc.

1550 Peachtree Street N.W.
Atlanta, GA 30309

Expedia
1111 Expedia Group Way West
Seattle, WA 98119

Fastpayhotels SL
Carrer de la Reina Maria Cristina, 1, 07004 Palma,
Illes Balears, Spain

Flashtalking
954 W Washington Ste 435,
Chicago, IL 60607

Flight II Travel
Unable to find address from Debtor's records

Flight King
1221 McKinney St #1800,
Houston, TX 77010

Foivos Karachalios
Unable to find address from Debtor's records

Franchise Tax Board
Unable to find address from Debtor's records

Frank Bruggemann
Unable to find address from Debtor's records

FSA Travel LLC
265 Read Ave
Tuckahoe, NY 10707

Fundacja Rozwoju Przedsiebiorczoci
Unable to find address from Debtor's records

Gabell Beaver LLC
1045 First Avenue, Suite 120.
King of Prussia, PA 19406

Gary Ginzburg
Unable to find address from Debtor's records

Gateway
Unable to find address from Debtor's records

Gimmonix Technologies
Soncino St 3,

Tel Aviv-Yafo, Israel

GKI Holdings, Inc.
1 Vanderbilt Park Dr Ste 230
Asheville, NC 28803-1766

Go Global Travel USA, Inc.
101316 Court St., 14th Floor
Brooklyn, NY 11241

Google Play
Unable to find address from Debtor's records

GRNCONNECT DMCC
305-024, Austria Business Center, Jumeirah Bay 2, X2A,
JLT Dubai, Dubai

GTT International
9889 Bellaire Blvd # 115,
Houston, TX 77036

Guideline
1412 Chapin Avenue.
Burlingame, CA 94010

Gusto
525 20th Street
San Francisco, CA 94107

Hartford
One Hartford Plaza
Hartford, CT 06155

Heficed
207 Regent St,
London, Essex, W1B 3HH, United Kingdom

Hipmunk, Inc
Unable to find address from Debtor's records

Hotelbeds USA, Inc.
5422 Carrier Dr #201
Orlando, FL 32819

Hotelston
Lvivo g. 25, 09320
Vilnius, Lithuania

Husky Consulting
Unable to find address from Debtor's records

Intuit
2700 Coast Ave
Mountain View, CA 94043

IPSTACK
19 British American Blvd,
Latham, NY 12110

J Creatives LLC
83 Woodcrest Dr,
Freehold, NJ 07728

Jake Chip
Unable to find address from Debtor's records

Jamie Andrew Schreck PC
212 W 35th St 13th floor,
New York, NY 10001

Joe Dempsey
Unable to find address from Debtor's records

K&L Gates LLP
2801 Vía Fortuna Suite #650.
Austin, TX 78746

Karen Conway- Referral
Unable to find address from Debtor's records

Kathleen McElligot
Unable to find address from Debtor's records

Kathleen Vega
Unable to find address from Debtor's records

Katsiaryna Yukho
Unable to find address from Debtor's records

Kayak Software Corporation
7 Market St
Stamford, CT 06902-5810

Kelle Moore
Unable to find address from Debtor's records

Kittina Fowers
Unable to find address from Debtor's records

KKOS Lawyers

Unable to find address from Debtor's records

Level 3 Communications
1025 Eldorado Blvd
Broomfield, CO 80021

Linda Wehse, Wise Travel Group
14748 Hartland St,
Van Nuys, CA 91405

Litwin & Smith
6379 Clark Ave Suite 260,
Dublin, CA 94568

Logical Ideas, Inc.
1353 Balboa Ave
Burlingame, CA 94010-4705

LogMeIn
333 Summer St,
Boston, MA 02210

M Merchant
250 Corp Blvd #l,
Newark, DE 19702

MA Brokerage
1000 Washington Street, Suite 710
Boston, MA 02118

Mackie Insurance Brokerage
4661 Golden Foothill Pkwy Ste 106,
El Dorado Hills, CA 95762

Maksim Chartkou
Unable to find address from Debtor's records

Marcel Barazza
Unable to find address from Debtor's records

Marin Sanitary Service
1050 Andersen Dr,
San Rafael, CA 94901

Mario Chavarria
Unable to find address from Debtor's records

Marozau Vadzim
Unable to find address from Debtor's records

Marta Rojas
Unable to find address from Debtor's records

Media Explode
2271 E 14th St,
Brooklyn, NY 11229

Michael Clark
Unable to find address from Debtor's records

Microsoft Bing Ads
Unable to find address from Debtor's records

Mikhail Aleksandrovich Pavlova
Unable to find address from Debtor's records

Mikhail Savin
Unable to find address from Debtor's records

Miles Above Brokerage
Unable to find address from Debtor's records

MOLEKULE
1301 Folsom St,
San Francisco, CA 94103

Morling Company
7049 Redwood Blvd Suite 205,
Novato, CA 94945

Ms. Elena Pelainger of Katy Van Travel
Unable to find address from Debtor's records

Nadjibi Bob DDS
81 Casa Buena Dr,
Corte Madera, CA 94925

Natalya Prakapenka
Unable to find address from Debtor's records

Navia Benefits Solution
600 Naches Ave SW,
Renton, WA 98057

Next Insurance
PO Box 60787
Palo Alto, CA 94306

Nicholas Algier
Unable to find address from Debtor's records

Nick Algier
Unable to find address from Debtor's records

Norton
350 Ellis Street
Mountain View, CA  94043

Nutcha Phalee
Unable to find address from Debtor's records

NY State Department of Tax
P.O. Box 5564
Binghamton, NY 13902-5564

NYC Department of Finance
 210 Joralemon St,
Brooklyn, NY 11201

One Travel
1050 E Flamingo Rd. Ste 302
Las Vegas, NV 89119

PA Department of Revenue
P.O. Box 280427
Harrisburg, PA 17128-0427

Pacific Airlines
112 Hong Ha, Tan Binh District
Ho Chi Minh City, Viet Nam

Pavel Bosy
Unable to find address from Debtor's records

Paychex HRS
911 Panorama Trail,
S Rochester, NY 14625 USA

Payoneer Inc
50 West 30th Street,
New York, NY 10001

Pegasus Elite Aviation
7943 Woodley Ave,
Van Nuys, CA 91406

Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Pxy sky tour
1475 S Bascom Ave Ste 212,
Campbell, CA 95008

Rene Anna
Unable to find address from Debtor's records

RLN Travel Group
Address Redacted

Robert Carbone
Unable to find address from Debtor's records

Roman Niewdach-Ebron
Unable to find address from Debtor's records

Ronald Alcaraz
Unable to find address from Debtor's records

Russ Lindmark
Unable to find address from Debtor's records

Sabre Technologies, Inc.
3150 Sabre Drive
Southlake, TX 76092

Salesforce Inc.
415 Mission Street, 3rd Floor
San Francisco, CA 94105

Sandra Bell
Unable to find address from Debtor's records

Saniyath Choudhury
Unable to find address from Debtor's records

SBA Loan
455 Market St. Suite 600
San Francisco, CA 94105

Sell Miles Now
15 America Ave Ste 103A,
Lakewood, NJ 08701

Shanika Arboleda
Unable to find address from Debtor's records

Shanna Cancino
Unable to find address from Debtor's records

Shariful Islam
Unable to find address from Debtor's records

Shiri Cohen
Unable to find address from Debtor's records

Shulman
Unable to find address from Debtor's records

Siarhei Butsko
Unable to find address from Debtor's records

Siarhei Shamanski
Unable to find address from Debtor's records

Skype
1 Microsoft Way Redmond
Palo Alto, CA 94304

Solodoukhin Vladimir Sergeevich
Unable to find address from Debtor's records

Somkin Aleksey Yurevich
Unable to find address from Debtor's records

Spectrum Enterprise
400 Washington Blvd.
Stamford, CT 06902

Squar Milner
Unable to find address from Debtor's records

Squires Gilbride
Unable to find address from Debtor's records

Steve&Mark
Unable to find address from Debtor's records

Stonestown Media
Unable to find address from Debtor's records

Stripe
354 Oyster Point Blvd South
San Francisco, CA 94080

Taranu (Jake) Valentin
Unable to find address from Debtor's records

Tiktok Live
5800 Bristol Pkwy

Culver City, CA 90230

Transtelco, Inc.
500 W Overland Ave,
El Paso, TX 79901

TravelFusion Ltd
50-52 Wharf Rd Unit 301,
London, Essex, N1 7EU, United Kingdom

Travelink, Inc.
404 Bna Dr Ste 651,
Nashville, TN 37217

Travelocity
3150 Sabre Drive
Southlake, TX 76092

Travelot LLC
300 Main Street #507,
Madison, NJ 07940

Trentt Copeland
Unable to find address from Debtor's records

Trust Stops
Unable to find address from Debtor's records

Trust You
TrustYou GmbH
Schmellerstraße 9
80337 Munich, Germany

Trustpilot Inc.
5th Floor Leidsestraat 32 1017 EJ,
Amsterdam The Netherlands

UIB Insurance Brokerage Services, Inc
5116 Manila Avenue
Oakland, CA 94618

United Healthcare of California
5701 Katella Avenue
Cypress, CA 90630

UR Travel Bird LLC
203 S. 2nd St., Laramie, WY  203 S. 2nd St.,
Laramie, WY 82070

US Department of Homeland Security

1880 2nd St SW
Washington, DC 20024

U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

USA Gateway, Inc.
923 Arch St,
Philadelphia, PA 19107

USI Technologies, Inc.
29219 Canwood St #240
Agoura Hills, CA 91301

Vadzim Katkavets
Unable to find address from Debtor's records

Valery Lavinetski
Unable to find address from Debtor's records

Vent Covers Unlimited
1306 Volunteer Drive
Brunswick, MD 21716

Verizon Wireless
1 Verizon Way
Basking Ridge, NJ 07920

Veterans Advantage PBC
PO Box 4131,
Greenwich, CT 06831-0403

Victor Youssef
Unable to find address from Debtor's records

Vilnuis StroyInvest LLC
Unable to find address from Debtor's records

Vistra Assurance (Ireland) Limited
Block A, George's Quay Plaza, George's Quay
Dublin 2, D02 E440

Voyzant Inc.
311-7100 Woodbine Ave,
Markham, ON   Canada

Vyacheslav Myasnyankin
Unable to find address from Debtor's records

Web Services, Inc
Unable to find address from Debtor's records

Wire Access Vg, LLC
1012 West Beardsley Place
Salt Lake City, UT 84119

World of Results Inc
Unable to find address from Debtor's records

Yauhen Bahdanovich
Unable to find address from Debtor's records

YouDecide, Inc.
4450 River Green Pkwy Ste 100A,
Duluth, GA 30096

Yury Barsukou
Unable to find address from Debtor's records

Zach
Unable to find address from Debtor's records

Zech Colmenares
Unable to find address from Debtor's records

Zoom
55 Almaden Blvd Ste 600
San Jose, CA, 95113-1612

Marcel Barraza Gomez
Address Redacted

Wanda Dow
Address Redacted

Wilson Ma
Address Redacted

Noreen O'Flaherty
Address Redacted

US Small Business Administration
455 Market St. Suite 600
San Francisco, CA 94105

California Franchise Tax Board
Business Entity Bankruptcy MS A345
PO Box 2952
Sacramento, CA 95812-2952

1946 LLC
c/o Bruce Hall
Unable to find address from Debtor's records

45th Avenue Consulting LLC
c/o Ron Alcaraz
Unable to find address from Debtor's records

BNN Group, Inc.
c/o Boris Rozinov
1226 44th Avenue
 San Francisco, CA 94122

Brickell Avenue Media Inc.
c/o Benjamin Nayberg
2136 NE 123rd St
 North Miami, FL 33181

Chris Miller
Unable to find address from Debtor's records

Christian Davidock
Unable to find address from Debtor's records

DMG Global Inc.
c/o David Garbarskiy
450 N Civic Dr #311
Walnut Creek, CA 94596

Dzianis Kuzmianchuk
Unable to find address from Debtor's records

Foivos Karachalios
Unable to find address from Debtor's records

GKI Holdings Inc.
c/o Yevgeniy Khizver
2136 NE 123rd St
North Miami, FL 33181

Greg Fisher
Unable to find address from Debtor's records

Jengin Enterprises, Inc.
Address Redacted

Marcel Barazza
Unable to find address from Debtor's records

Mario Chavarria
Unable to find address from Debtor's records

Mark Bredl
Unable to find address from Debtor's records

Nilux, Inc.
c/o Natalya Prakapenka
Unable to find address from Debtor's records

Richard A. Jankov, Trustee of the Grace Czimarik 1998 Charitable Remainder Unitrust,
under trust agreement dated August 19,1998
Unable to find address from Debtor's records

Robert Carbone
Unable to find address from Debtor's records

Ronald Jankov
Unable to find address from Debtor's records

Sasha Kulyba
Unable to find address from Debtor's records

Sboro, Inc.
c/o Steve Boro
Unable to find address from Debtor's records

Siarhei Butsko
Unable to find address from Debtor's records

Slava Myasnyankin
Unable to find address from Debtor's records

Stonestown Media, Inc.
c/o Felix Balon
Unable to find address from Debtor's records

Trace Capital Holdings, Inc.
c/o Timothy Eun
507 Los Ninos Way
Los Altos, CA 94022

Val Myasnyankin
Unable to find address from Debtor's records

Valery Lavinetski
Unable to find address from Debtor's records

VDM Group, Inc.
c/o Vlad Myasnyankin

Unable to find address from Debtor's records

VMSN Group
Unable to find address from Debtor's records

YBBK, Inc.
Address Redacted

Alabama Attorney General
500 Dexter Avenue
Montgomery, AL 36130

Alabama Department of Revenue
50 North Ripley Street
Montgomery, AL 36104

Alaska Attorney General
PO Box 110300
Diamond Courthouse
Juneau, AK 99811-0300

Arizona Attorney General
1275 W. Washington St.
Phoenix, AZ 85007

Arizona Department of Revenue
1600 W Monroe St.
Phoeniz, AZ 85007

Arkansas Attorney General
200 Tower Building 323 Center St.
Little Rock, AR 72201-2610

California Attorney General
1300 I St., Ste. 1740
Sacramento, CA 95814

California Department of Tax and Fee Administration
450 N Street
Sacramento, CA 95814

California Department of Tax and Fee Administration
P.O. Box 942879
Sacramento, CA 94279

California Department of Tax and Fee Administration
PO Box 942879
Sacramento, CA 94279

California State Board of Equalization

450 N Street, Mic:121
PO Box 942879
Sacramento, CA 94279-0121

Colorado Attorney General
1525 Sherman St.
Denver, CO 80203

Colorado Department of Revenue
Bankruptcy Section
PO Box 17087
Denver, CO 80217

Connecticut Attorney General
55 Elm St.
Hartford, CT 06141-0120

Connecticut Department of Revenue
450 Columbus Blvd
Suite 1
Hartford, CT 06103

Delaware Attorney General
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

Delaware Division of Revenue
20653 Dupont Blvd., Suite 2
Georgetown, DE 19947

Delaware Division of Revenue
540 South Dupont Highway, Suite 2
Dover, DE 19901

Delaware Division of Revenue
820 N. French Street
Wilmington, DE 19801

Department of Revenue - Internal Revenue Service
1111 Constitution Ave., Nw
Washington, DC 20224

Department of Revenue Massachusetts
PO Box 419540,
Boston, MA 02241-9540

District of Columbia Attorney General
John A. Wilson Building
1350 Pa Ave, Nw Suite 409

Washington, DC 20009

Florida Attorney General
The Capitol, Pl 01
Tallahassee, FL 32399-1050

Florida Department of Revenue
P. O. Box 6668
Tallahassee, FL 32314-6668

Georgia Attorney General
40 Capitol Square, Sw
Atlanta, GA 30334-1300

Hawaii Attorney General
425 Queen St.
Honolulu, HI 96813

Idaho Attorney General
Statehouse
Boise, ID 83720-1000

Illinois Attorney General
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

Indiana Attorney General
Indiana Government Center South - 5Th Floor
302 West Washington Street
Indianapolis, IN 46204

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

Iowa Attorney General
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

Kansas Attorney General
120 S.W. 10Th Ave., 2Nd Fl.
Topeka, KS 66612-1597

Kentucky Attorney General
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

Louisiana Attorney General
PO Box 94095
Baton Rouge, LA 70804-4095

Maine Attorney General
State House Station 6
Augusta, ME 04333

Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202-2202

Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108-1698

Massachusetts Department of Revenue
100 Cambridge Street
Boston, MA 02114

Michigan Attorney General
P.O.Box 30212
525 W. Ottawa St.
Lansing, MI 48909-0212

Minnesota Attorney General
State Capitol, Ste. 102
St. Paul, MN 55155

Mississippi Attorney General
Department Of Justice
PO Box 220
Jackson, MS 37205-0220

Missouri Attorney General
Supreme Ct. Building
207 W. High St.
Jefferson City, MO 65101

Montana Attorney General
Justice Building
215 N. Sanders
Helena, MT 59620-1401

Nebraska Attorney General
State Capitol
PO Box 98920
Lincoln, NE 68509-8920

Nevada Attorney General
Old Supreme Ct. Building
100 N. Carson St.
Carson City, NV 89701

New Hampshire Attorney General
State House Annex
33 Capitol St.
Concord, NH 03301-6397

New Jersey Attorney General
Richard J. Hughes Justice Complex
25 Market Street
PO Box 080
Trenton, NJ 08625

New Mexico Attorney General
P.O. Drawer 1508
Sante Fe, NM 87504-1508

New York Attorney General
Department Of Law - The Capitol, 2Nd Fl.
Albany, NY 12224

North Carolina Attorney General
Department Of Justice
P.O.Box 629
Raleigh, NC 27602-0629

North Carolina Department of Revenue
501 N Wilmington St.
Raleigh, NC 27604

North Dakota Attorney General
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505-0040

Ohio Attorney General
State Office Tower
30 E. Broad St.
Columbus, OH 43266-0410

Oklahoma Attorney General
313 Ne 21St Street
Oklahoma City, OK 73105

Oregon Attorney General
Justice Building
1162 Court St., Ne

Salem, OR 97301

Oregon Department of Revenue
955 Center St Ne
Salem, OR 97301-2555

Pennsylvania Attorney General
1600 Strawberry Square
Harrisburg, PA 17120

Rhode Island Attorney General
150 S. Main St.
Providence, RI 02903

South Carolina Attorney General
Rembert C. Dennis Office Building
P.O.Box 11549
Columbia, SC 29211-1549

South Dakota Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501

Tennessee Attorney General
425 5Th Avenue North
Nashville, TN 37243

Texas Attorney General
Capitol Station
P.O.Box 12548
Austin, TX 78711-2548

Utah Attorney General
State Capitol, Rm. 236
Salt Lake City, UT 84114-0810

Vermont Attorney General
109 State St.
Montpelier, VT 05609-1001

Virginia Attorney General
900 East Main St.
Richmond, VA 23219

Washington Attorney General
1125 Washington St. Se
PO Box 40100
Olympia, WA 98504-0100

West Virginia Attorney General

State Capitol
1900 Kanawha Blvd. , E.
Charleston, WV 25305

Wisconsin Attorney General
State Capitol, Ste. 114 E.
P.O.Box 7857
Madison, WI 53707-7857

Wyoming Attorney General
State Capitol Building
Cheyenne, WY 82002

Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission
New York Regional Office
Attn: George S. Canellos, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281-1022

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903