**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Alpha Media Group, Inc., | Case No. 23-10881 (CTG) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 17, 2024, AT 3:00 P.M. (EASTERN TIME)**

**THE HEARING HAS BEEN CANCELLED
AS NO MATTERS ARE GOING FORWARD.**

**RESOLVED MATTER:**

1. Application of Chapter 7 Trustee for Entry of an Order Authorizing the Employment of Chipman Brown Cicero & Cole, LLP as General Bankruptcy Counsel, Effective as of November 16, 2023, filed on December 13, 2023 [Docket No. 25].

    Objection Deadline:     January 3, 2024, at 4:00 p.m. (Eastern Time)

    Responses:     None.

    Related Documents:

    A.  Certificate of No Objection, filed on January 4, 2024 [Docket No. 27].

    B.  Order Authorizing the Employment of Chipman Brown Cicero & Cole, LLP as General Bankruptcy Counsel, Effective as of November 16, 2023, entered on January 5, 2024 [Docket No. 28].

    Status: The order has been entered. No hearing is required.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

| | |
|---|---|
| Dated:  January 9, 2024 | */s/ Bryan J. Hall*  <br>Bryan J. Hall (No. 6285)  <br>**CHIPMAN BROWN CICERO & COLE, LLP**  <br>Hercules Plaza  <br>1313 North Market Street, Suite 5400  <br>Wilmington, Delaware 19801  <br>(302) 295-0191  <br>(302) 295-0199 (fax)  <br>Hall@ChipmanBrown.com  <br>  <br>*Counsel to the Chapter 7 Trustee* |

4871-7999-5803, v. 1

## CERTIFICATE OF SERVICE

I, Bryan J. Hall, hereby certify that, on January 9, 2024, I caused to be served copies of the foregoing document (i) by CM/ECF upon all parties registered to receive such notices in the case, and (ii) by email upon the following parties:

| | | |
|---|---|---|
| Benjamin A. Hackman | Office of the United States Trustee | benjamin.a.hackman@usdoj.gov |
| Christopher A. Ward | Polsinelli PC | cward@polsinelli.com |
| R. Stephen McNeill | Potter Anderson & Corroon LLP | rmcneill@potteranderson.com |
| Katelin A. Morales | Potter Anderson & Corroon LLP | kmorales@potteranderson.com |
| Robert D. Mitchell | Tiffany & Bosco, P.A. | rdm@tblaw.com |
| CM Matthew Luk | Tiffany & Bosco, P.A. | cml@tblaw.com |

*/s/ Bryan J. Hall*
Bryan J. Hall (No. 6285)