**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Alpha Media Group, Inc., | Case No. 23-10881 (CTG) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JULY 17, 2024, AT 1:00 P.M. (EASTERN TIME)**

---

**THE HEARING HAS BEEN CANCELLED**
**AS NO MATTERS ARE GOING FORWARD.**

---

**ADJOURNED MATTER:**

1.   Amazon Web Services, Inc.'s Motion for Relief from the Automatic Stay to Terminate Executory Contract with Alpha Media Group, Inc., filed on June 20, 2024 [D.I. 34]

   Objection Deadline:   July 10, 2024, extended to July 31, 2024 by agreement of the parties

   Responses:   None, as of the filing of this agenda

   Related Documents:   None, as of the filing of this agenda

   Status:  The hearing on this motion has been adjourned to August 7, 2024 at 10:00 a.m.

Dated: July 10, 2024

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Bryan J. Hall*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
1313 N. Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
(302) 295-0199 (fax)
carickhoff@chipmanbrown.com
hall@chipmanbrown.com

*Counsel to the Chapter 7 Trustee*

**<u>CERTIFICATE OF SERVICE</u>**

I, Bryan J. Hall, hereby certify that, on July 10, 2024, I caused to be served copies of the foregoing document (i) by CM/ECF upon all parties registered to receive such notices in the case, and (ii) by email upon the following parties:

| | | |
|---|---|---|
| Benjamin A. Hackman | Office of the United States Trustee | benjamin.a.hackman@usdoj.gov |
| Matthew B. Goeller | K&L Gates LLP | matthew.goeller@klgates.com |
| Michael J. Gearin | K&L Gates LLP | mike.gearin@klgates.com |
| R. Stephen McNeill | Potter Anderson & Corroon LLP | rmcneill@potteranderson.com |
| Katelin A. Morales | Potter Anderson & Corroon LLP | kmorales@potteranderson.com |
| Robert D. Mitchell | Tiffany & Bosco, P.A. | rdm@tblaw.com |
| CM Matthew Luk | Tiffany & Bosco, P.A. | cml@tblaw.com |

*/s/ Bryan J. Hall*
Bryan J. Hall (No. 6285)